UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2025 MAY 28 P 12: 34

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NALEE INGE,

        Defendant.

Case No. 25-CR-108

[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

## INDICTMENT

### COUNTS ONE THROUGH FIVE
(False Statements, 18 U.S.C. § 922(a)(6))

**THE GRAND JURY CHARGES THAT:**

1. On or about the following dates, in the State and Eastern District of Wisconsin,

**NALEE INGE,**

in connection with the acquisition of firearms from federal licensees, knowingly made false and fictitious written statements intended and likely to deceive the licensees as to a fact material to the lawfulness of the sale and disposition of the firearms under the provisions of Chapter 44 of Title 18, United States Code.

2. Specifically, in connection with the purchase of the firearms described below, Inge falsely stated on the Firearms Transaction Record (ATF Form 4473) that: (a) he was the actual buyer of the firearm, when in fact, he purchased the firearm for another person; and (b) he was not an unlawful user of a controlled substance, when in fact, he knew that he was an unlawful user of a controlled substance, namely, marijuana.

| Count | Date | Federal Firearms Licensee | Firearm(s) |
|---|---|---|---|
| One | January 8, 2022 | Dunham's Sports West Allis, Wisconsin | a Taurus, model G3C, 9mm pistol, bearing serial number ACL489756 |
| Two | January 14, 2022 | Dunham's Sports West Allis, Wisconsin | a Glock, model 17GEN5, 9mm pistol, bearing serial number BVBT753, and a Glock, model 17GEN5, 9mm pistol, bearing serial number BVBT762 |
| Three | January 17, 2022 | Dunham's Sports Franklin, Wisconsin | a Glock, model 43X, 9mm pistol, bearing serial number BUEB718, and a Glock, model 43X, 9mm pistol, bearing serial number BSZB508 |
| Four | February 21, 2022 | Dunham's Sports West Allis, Wisconsin | a Smith & Wesson, model SD40VE, .40 caliber pistol, bearing serial number FDL3290 |
| Five | February 21, 2024 | Fletcher Arms Lake Country Pewaukee, Wisconsin | a Glock, model 22, .40 caliber pistol, bearing serial number BVVB476, and a Glock, model 17, 9mm pistol, bearing serial number BVSH499 |

Each in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

FOREPERSON

Date: 5-28-25

RICHARD G. FROHLING
Acting United States Attorney