# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 25-CR-108-JPS |
| v. | |
| NALEE INGE, | **ORDER** |
| Defendant. | |

On May 28, 2025, the Government filed an Indictment charging Defendant Nalee Inge ("Defendant") with five counts of violating 18 U.S.C. §§ 922(a)(6) and 924(a)(2). ECF No. 1. On September 19, 2025, the parties filed a plea agreement, indicating that Defendant intended to plead guilty to Count Five in the Indictment, with the Government to move to dismiss the remaining counts at the time of sentencing. ECF No. 10.

The parties appeared before Magistrate Judge William E. Duffin on October 3, 2025 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 12. Defendant entered a plea of guilty as to Count Five of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense. *Id.*

The same day, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 13. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation, ECF No. 13, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 21st day of October, 2025.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge